UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG XUAN NGO,<br><br>          Petitioner,<br><br>   v.<br><br>DAVID W. JENNINGS, et al.,<br><br>          Respondents. | Case No. 17-cv-05729-RS<br><br>**ORDER TO SHOW CAUSE** |

The Court, having considered the pleadings and documents on file in this matter, and good cause having been shown in petitioner's Application for Order to Show Cause pursuant to 28 U.S.C. § 2243, and Petition for Habeas Corpus pursuant to 238 U.S.C. § 2241, petitioner's application for Order to Show Cause is hereby GRANTED.

IT IS THEREFORE ORDERED that the respondents shall file a return on the Order to Show Cause on or before November 3, 2017. Petitioner shall have an opportunity to file a reply or traverse within three days of the filing of respondents' return. The matter will be taken under submission, or set for hearing, in the Court's discretion.

**IT IS SO ORDERED**.

Dated: October 24, 2017

_____
RICHARD SEEBORG
United States District Judge